IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


FLORIDA FARM BUREAU EQUITIES INC,
BILL R WINCHESTER,

    Plaintiffs,

v.                                          CASE NO. 1:84-cv-00148-MP

BADGER PLAINTIFFS,
FLORIDA FARM BUREAU EQUITIES INC,
FLORIDA FARM BUREAU FEDERATION,

    Respondents.
_____/

## **O R D E R**

This matter is before the Court on Doc. 264, Fourth Agreed Motion for Extension of Time to File Response. The motion is granted, and Respondents shall have until and including July 18, 2005, to file a response and any accompanying exhibits to Movants' Renewed Motion for Injunction and to Florida Holding's Joinder.

    **DONE AND ORDERED** this _8th_ day of June, 2005

                                *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge